THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EARL JONES, Appellant.

Submitted August 31, 2015; decided September 10, 2015

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 120 Wall Street, 28th Floor, New York, NY 10005 assigned as counsel to the appellant on the appeal herein.